O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>SHERIFF DEPUTY APARICIO, *et al.*,<br><br>  Defendants. | Case No. CV 14-8640-PA (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) the Complaint is dismissed without leave to amend; and (2) this action is dismissed with prejudice.

Dated: February 5, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE