JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>SHERIFF DEPUTY APARICIO, *et al.*,<br><br>   Defendants. | Case No. CV 14-8640-PA (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

DATED: February 5, 2015            _____

                           HONORABLE PERCY ANDERSON
                           UNITED STATES DISTRICT JUDGE

**JS-6**